```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-71551 EDJ |
| **JACQUELINE MICHELLE RINEHART,** | Chapter 13 |
| Debtor. | MOTION TO MODIFY CHAPTER 13 PLAN |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing December 2011, debtor will pay $490 per month for twenty-five (25) months to the Trustee, at which point the plan shall be deemed completed. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: To make the plan feasible.

Dated: December 1, 2011

             /s/ Patrick L. Forte
             Patrick L. Forte
             Attorney for Debtor